# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 11-2891

———————

Tameika Marie Cathey,                *
                                         *

            Appellant,             *

                                         *    Appeal from the United States

      v.                       *    District Court for the

                                         *    District of Minnesota.

Nicole English,                 *

                                         *    [UNPUBLISHED]

           Appellee.            *

———————

Submitted: December 28, 2011
Filed: January 3, 2012

———————

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Federal inmate Tameika Marie Cathey appeals the district court's[1] denial of her 28 U.S.C. § 2241 petition for a writ of habeas corpus. Upon careful de novo review, we conclude that the district court properly denied Cathey's petition for the reasons explained by the court. See Mitchell v. U.S. Parole Comm'n, 538 F.3d 948, 951 (8th Cir. 2008) (per curiam) (standard of review). Further, we decline to consider Cathey's argument--raised for the first time on appeal--that her federal carjacking

---

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.

conviction violates the Tenth Amendment.  See Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (claims not presented in district court may not be advanced for first time on appeal).  We also deny her motion for appointment of counsel.  Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.

_____